| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| Christopher W. Miller, 166348<br>MASTAGNI, HOLSTEDT & AMICK<br>1912 I Street<br>Sacramento, CA 95811-3151 | (916) 446-4692 | FILED<br>08 JUL 22 PM 3:28 |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>RET/07-0330 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

**PLAINTIFF:**
SONOMA COUNTY LAW ENFORCEMENT ASSOCATION, et al.

**DEFENDANT:**
COUNTY OF SONOMA, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER:<br>CV083194 JL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Civil Cover Sheet, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for Chief Magistrate Judge James Larson, Standing Order for all Judges of the Northern District of California, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent to Proceed before a United States Magistrate Judge (Blank). See Attachment

2. Party Served:  Bill Cogbill, Sheriff, in his individual and official capacities

3. Person Served:  Susan Ricketson, Clerk - Person authorized to accept service of process

4. Date & Time of Delivery:  7/17/2008    3:28 PM

5. Address, City and State:  2796 Ventura Avenue
   Santa Rosa, CA 95403

6. Manner of Service:  Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 64.00

Registered California process server.
County: SONOMA
Registration No.:P-378

Oleg Grinshpan
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 7/22/2008 at Oakland, California.

Signature: _____

Oleg Grinshpan

FF# 6666313

Attachment:

Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge (Blank), U.S. District Court, San Francisco Local Rules, Drop Box Filing Procedures, ECF Registration Information Handout, Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California