# MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER

*A PROFESSIONAL CORPORATION*



DAVID P. MASTAGNI
JOHN R. HOLSTEDT
MICHAEL D. AMICK
AMANDA UHRHAMMER
CRAIG E. JOHNSEN
CHRISTOPHER W. MILLER
BRIAN A. DIXON
STEVEN W. WELTY
STUART C. WOO
DAVID E. MASTAGNI
JONATHAN W.A. LIFF
RICHARD J. ROMANSKI
JOHN P. TRIBUIANO
PHILLIP R.A. MASTAGNI
KATHLEEN N. MASTAGNI
ANTHONY K. McCLAREN
KEVIN L. BRYANT

SACRAMENTO OFFICE
1912 I STREET
SACRAMENTO, CA
95811 - 3151
(916) 446-4692
FAX (916) 447-4614

CHICO: 895-3836
STOCKTON: 948-6158
SAN JOSE: 292-4802
FRESNO: 486-5580

FED. ID# 94-2678460

JAMES B. CARR
WILL P. CREGER
KIMBERLY A. ALVINO
WILLIAM M. BRIGGS
LAURI A. JEWELL-LEIRDAHL
MELANIE BRONNY
ANTHONY P. DONOGHUE
ANDY KIRK
DAVID D. KING
MONTY L. MOLA
FERNANDO T. ACEVES
SEAN D. CURRIN
SEAN D. HOWELL
ADRIENNE P. ALLEN
MICHAEL F. FRY
ISAAC S. STEVENS

October 7, 2008

The Honorable James Larson
Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

    Re:    **Sonoma County Law Enforcement Association v. County of Sonoma**
            **Case No. CV-08-3194-JL**
            **Our File No. RET/07-0330**

Dear Judge Larson:

    The parties respectfully request a continuance on the Initial Case Management Conference from October 8, 2008, at 10:30 a.m. to November 12, 2008, at 10:30 a.m. The purpose for the continuance is to permit the parties to determine whether it is possible to settle the case without further court proceedings, to conserve the resources of the parties and the court. Specifically, on September 17, 2008, counsel for the parties initiated settlement discussions, and raised possible settlement options. As of the date of this letter, the parties have not yet had an opportunity to consider these settlement options in full. Counsel believe that an additional month would be satisfactory to enable the parties to determine whether any of the settlements options could resolve any or all of the issues raised in the complaint.

    Alternatively, should the Court wish to proceed with the Case Management Conference on October 8, 2008, counsel for the parties request that they be able to participate via telephone.

The Honorable James Larson
October 7, 2008
Page 2

Thank you for your attention and consideration.

Sincerely,

**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**

*[signature]*

CHRISTOPHER W. MILLER
Attorney for Plaintiff

**STEVEN M. WOODSIDE, County Counsel**

*[signature]*

ANNE L. KECK, Deputy County Counsel
Attorneys for Defendants County of Sonoma,
Sonoma County Sheriff's Department, and
William Cogbill, Sheriff

Date: October 7, 2008

*[Court Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

IT IS SO ORDERED

*[signature]* Judge James Larson