COUNTY ADMINISTRATION CENTER
575 ADMINISTRATION DRIVE,
ROOM 105A
SANTA ROSA, CALIFORNIA 95403

TELEPHONE: (707) 565-2421
FACSIMILE: (707) 565-2624

ASSISTANT COUNTY COUNSEL
BRUCE D. GOLDSTEIN

**OFFICE OF THE COUNTY COUNSEL**
STEVEN M. WOODSIDE
County Counsel

CHIEF DEPUTIES
C. DAVID HURST   RICHARD M. FLORES
TARA HARVEY   SHERYL L. BRATTON

DEPUTIES
KATHLEEN A. LAROCQUE   ELIZABETH S. HUTTON
SUE GALLAGHER   WILLIAM L. ADAMS
JEFFREY L. BERK   JEFFREY M. BRAX
SALLY B. MCGOUGH   JENNIFER C. KLEIN
DAVID R. MCFADDEN   MARGARET A. SINGLETON
GREGORY T. DION   DEBBIE F. LATHAM
STEVEN S. SHUPE   CORY W. O'DONNELL
PHYLLIS C. GALLAGHER   TAMBRA CURTIS
ANNE L. KECK   LISA A. PHEATT
BARBARA A. FITZMAURICE   HEIDI BERNHEIM URIOSTE
LINDA D. SCHILTGEN   LAURA M. GINN

December 30, 2008

Magistrate Judge James Larson     Submitted via e-filing
United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102



IT IS SO ORDERED
Judge James Larson

Re:   *SCLEA, et al. v. County of Sonoma, et al.*
     Northern District Court Case No. CV-08-3194-JL

Dear Judge Larson:

    This matter is scheduled for a status conference on January 14, 2009, at 10:30 a.m. and we are hereby requesting that this status conference be held telephonically. Anne Keck can be reached at 707-565-2421 and plaintiff's counsel, Daniel McNamara, can be reached at 916-491-4238.

    Thank you for your assistance in this matter.

                                   Very truly yours,

                                   Laura M. Ginn, for
                                   Anne L. Keck
                                   Deputy County Counsel

:es
cc: Daniel McNamara, Esq.