|   |   |
|---|---|
| 1 | STEVEN M. WOODSIDE #58684<br>County Counsel |
| 2 | ANNE L. KECK #136315<br>Deputy County Counsel |
| 3 | County of Sonoma<br>575 Administration Drive, Room 105 |
| 4 | Santa Rosa, California 95403-2815<br>Telephone: (707) 565-2421 |
| 5 | Fax: (707) 565-2624 |
| 6 | Attorneys for Defendants the |
| 7 | County of Sonoma, Sonoma County<br>Sheriff's Department, and |
| 8 | Sheriff-Coroner William Cogbill |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SONOMA COUNTY LAW ENFORCEMENT ASSOCIATION; ED CLITES; SHAUN DU FOSSEE; GRANT JOHNSON; DOMINIC TAURIAN; and JIM WRIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA; SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL, Sheriff, in his individual and official capacities; and DOES 1 through 20, inclusive,<br><br>Defendant.<br>_____/ | No. CV 08-3194-JL<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR JUDGMENT ON THE PLEADINGS; (~~PROPOSED~~) ORDER |
|---|---|

TO THE HONORABLE MAGISTRATE JUDGE JAMES LARSON:

Defendants the County of Sonoma, the Sonoma County Sheriff's Department, and Sonoma County Sheriff-Coroner William Cogbill (hereinafter collectively "Defendants") respectfully request an extension of time in which to file their motion for judgment on the pleadings, currently due by February 18, 2009, to and including March 4, 2009. Counsel for Plaintiffs have agreed and stipulated to this request, which is made on the following grounds.

1. At the Case Management Conference held in this matter on January 14, 2009, counsel for Defendants stated that it was Defendants' intent to file a motion for judgment on

1

1 the pleadings in this matter by February 18, 2009.  Accordingly, the Court entered a minute
2 order setting February 18, 2009, as the date by which such motion must be filed.

     2.     After the Case Management Conference in this matter, unanticipated events and court orders to file papers in other cases have intervened, which have provided Defendants' counsel with insufficient time in which to prepare the motion for judgment on the pleadings to file it by the current court-ordered date.

     3.     Defendants' counsel consulted with and obtained the consent of Plaintiffs' counsel to an extension of time in which to file the motion for judgment on the pleadings to and including March 4, 2009.

     4.     Accordingly, Defendants request that the Court extend the time in which they must file a motion for judgment on the pleadings herein to and including March 4, 2009.

IT IS SO STIPULATED.

Dated: February 13, 2009          STEVEN M. WOODSIDE, COUNTY COUNSEL
                                            COUNTY OF SONOMA

By:    /S/ *Anne L. Keck*
      ANNE L. KECK
      Attorneys for Defendants

Dated: February 13, 2009          MASTAGNI, HOLSTEDT, AMICK,
                                            MILLER, JOHNSEN & UHRHAMMER

By:    /S/ *Daniel T. McNamara*
      DANIEL T. MCNAMARA
      Attorneys for Plaintiffs

                       *                        *                  *

**ORDER**

IT IS SO ORDERED.

Dated: 2/19/09

                                            HON. JAMES LARSON
                                            MAGISTRATE JUDGE
                                            UNITED STATES DISTRICT COURT