CHRISTOPHER W. MILLER, ESQ. (SBN 166348)
DANIEL T. MCNAMARA, ESQ. (SBN 222150)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 I Street, Suite 102
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOMA COUNTY LAW ENFORCEMENT ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA, et al., <br><br> Defendants. | CASE NO.: CV 08 3194 <br><br> **STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; (PROPOSED) ORDER** <br><br> Next Hearing Date: April 8, 2008 <br> Time: 9:30 AM <br> Ctroom: F, 15th Floor |

TO THE HONORABLE MAGISTRATE JUDGE JAMES LARSON:

Plaintiffs respectfully request a continuance of the hearing on Defendants' Motion for Judgment on the Pleadings in this matter, currently scheduled for April 8, 2009. Counsel for Defendants has agreed and stipulated to this request, which is made on the following grounds.

1. On or about, March 4, 2009, Defendants filed a Motion for Judgment on the Pleadings in this matter. The hearing on that motion was noticed for April 8, 2009.

2. Undersigned counsel has a previously scheduled hearing on a criminal matter in the Superior Court of California for the County of Yuba on the same date and time.

3. Undersigned counsel consulted with Deputy County Counsel Anne Keck who

1

kindly indicated that she did not oppose continuing the hearing. Counsel for both parties are available on April 29, 2009.

4. Accordingly, Plaintiffs request that the Court continue the hearing on Defendants' Motion for Judgment on the Pleadings to April 29, 2009 at 9:30 AM in Courtroom F, 15th Floor.

IT IS SO STIPULATED.

Dated: March 13, 2009         MASTAGNI, HOLSTEDT, AMICK,
                              MILLER, JOHNSEN & UHRHAMMER

                              By: /S/ *Daniel T. McNamara*
                                  DANIEL T. MCNAMARA
                                  Attorneys for Plaintiffs

Dated: March 13, 2009         STEVEN M. WOODSIDE, COUNTY COUNSEL
                              COUNTY OF SONOMA

                              By: /S/ *Anne L. Keck*
                                  ANNE L. KECK
                                  Attorneys for Defendants

          *               *               *

**ORDER**

IT IS SO ORDERED.

Dated: March 17, 2009         _____
                              HON. JAMES LARSON
                              MAGISTRATE JUDGE
                              UNITED STATES DISTRICT COURT