1  STEVEN M. WOODSIDE #58684
   County Counsel
2  ANNE L. KECK #136315
   Deputy County Counsel
3  County of Sonoma
   575 Administration Drive, Room 105A
4  Santa Rosa, California 95403
   Telephone: (707) 565-2421
5  Fax: (707) 565-2624
   email: akeck@sonoma-county.org
6
   Attorneys for Defendants
7  County of Sonoma, Sonoma County
   Sheriff's Department, and
8  William Cogbill, Sheriff

9
                UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 SONOMA COUNTY LAW ENFORCEMENT ) CASE NO.:    CV 08 3194
   ASSOCIATION, et al.,          )
13                               )
                                 ) **STIPULATION TO CONTINUE**
14            Plaintiffs,        ) **HEARING DATE ON DEFENDANTS'**
                                 ) **MOTION FOR JUDGMENT ON THE**
15 v.                            ) **PLEADINGS; (PROPOSED) ORDER**
                                 )
16 COUNTY OF SONOMA, et al.,     ) Next Hearing Date:  April 29, 2009
                                 ) Time:               9:30 AM
17            Defendants.        ) Ctroom:             F, 15th Floor
   _____)
18

19
   TO THE HONORABLE MAGISTRATE JUDGE JAMES LARSON:
20

21      Defendants respectfully request a continuance of the hearing on Defendants'

22 Motion for Judgment on the Pleadings in this matter, currently scheduled for April 29,

23 2009. Counsel for Plaintiffs has agreed and stipulated to this request, which is made on

24 the following grounds.

25      1.    On or about, March 4, 2009, Defendants filed a Motion for Judgment on the

26 Pleadings in this matter. The hearing on that motion was noticed for April 8, 2009. The

27 parties have agreed to one extension previously, continuing the hearing until April 29,

28 2009.

                                      1

2. Anne L. Keck, Deputy County Counsel, is the lead attorney for Defendants in this action, and is currently on family medical leave, and is therefore requesting a two week extension of time in which to reply to the opposition, and to continue the hearing date for two weeks.

3. Gregory T. Dion, Chief Deputy County Counsel, consulted with Daniel T. McNamara, Attorney for Plaintiffs, who kindly indicated that he did not oppose continuing the hearing. Counsel for both parties are available on May 13, 2009.

4. Accordingly, Defendants request that their reply to the opposition in this matter be due no later than April 29, 2009, and that the Court continue the hearing on Defendants' Motion for Judgment on the Pleadings to May 13, 2009, at 9:30 a.m. in Courtroom F, 15th Floor.

IT IS SO STIPULATED.

Dated: April 10, 2009

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER

By: /S/ *Daniel T. McNamara*
    DANIEL T. MCNAMARA
    Attorneys for Plaintiffs

Dated: April 10, 2009

STEVEN M. WOODSIDE, COUNTY COUNSEL
COUNTY OF SONOMA

By: /S/ *Gregory T. Dion*
    GREGORY T. DION
    Attorneys for Defendants

\*        \*        \*

**ORDER**

IT IS SO ORDERED.

Dated: 4/13/09

_____
HON. JAMES LARSON
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

2